REGINA LEVY, Appellant, *v.* FIREMAN'S FUND INDEMNITY COMPANY, Respondent.

Submitted November 28, 1955; decided December 1, 1955.

*Lyman Stansky* for motion.

*Thomas P. Curtin* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the Court of Appeals lacks jurisdiction to entertain the motion (Civ. Prac. Act, § 589, subd. 1).